**PH.D. Carol B. WEEMS,**
**Plaintiff–Appellant,**

v.

**LAUDERDALE COUNTY SCHOOL DISTRICT; Karen Rhodes,**
**Defendants–Appellees.**

No. 13–60812.

United States Court of Appeals,
Fifth Circuit.

Oct. 27, 2014.

Jim D. Waide, III, Esq., Ronnie Lee Woodruff, Esq., Waide & Associates, P.A., Tupelo, MS, for Plaintiff–Appellant.

Grace Watts Mitts, John Gibson Compton, Witherspoon & Compton, L.L.C., Meridian, MS, for Defendants–Appellees.

Before JOLLY and JONES, Circuit Judges, and AFRICK,* District Judge.

PER CURIAM: **

After reviewing the record and the parties' briefs, and having had the benefit of oral argument, we conclude that the evidence is insufficient to support plaintiff Weems's age-based discrimination claims.

---

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Weems failed to point to sufficient evidence that creates a genuine issue of material fact as to whether the school district's legitimate, non-discriminatory reasons for its hiring decisions were false and a pretext for age-based discrimination. *Cf. Leal v. McHugh,* 731 F.3d 405, 411 (5th Cir. 2013).

We AFFIRM the district court's grant of summary judgment in the school district's favor.

AFFIRMED.